UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KENNETH F. PHILLIPS, derivatively )
on behalf of VBENX CORPORATION and )
derivatively on behalf of CFN AGENCY, INC., )
        Plaintiff,              )
                                )   Civil Action
WALTER SMITH, PETER MARCIA,     )   No. 1:17-cv-11697-MGM
    Individual Defendants,      )
VBENX CORP., CFN AGENCY, INC.,  )
    Nominal Defendants,         )
```

ORDER OF DISMISSAL

July 2, 2018

MASTROIANNI, D.J.

Pursuant to the court's memorandum and order of this date granting the defendant's motion to disqualify plaintiff under FRCP 23, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge